PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DESIRE NTIHEBUWAYO, | ) | |
| | ) | CASE NO.  4:18CV0582 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ATTORNEY GENERAL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | **ORDER OF REFERENCE** |

The above-captioned action is hereby referred to the Honorable David A. Ruiz, United

States Magistrate Judge, for general pretrial supervision pursuant to 28 U.S.C. § 636 and Local

Rules 72.1 and 72.2(a).  The magistrate judge is authorized, pursuant to the above provisions, to:

(1) conduct conferences; (2) enter and enforce non-dispositive pretrial orders including, but not

limited to, orders pertaining to discovery matters; (3) approve all stipulated orders; and (4) rule

on all non-dispositive motions.  The magistrate judge shall also (5) issue preliminary orders and

conduct necessary evidentiary hearings or other appropriate proceedings, and (6) file with the

Court a report containing proposed findings and a recommendation for disposition of case-

dispositive motions.

The Court reserves the right to rule directly on any matter filed in the within the case.


IT IS SO ORDERED.


 May 25, 2018                                       */s/ Benita Y. Pearson*
Date                                               Benita Y. Pearson
                                                   United States District Judge