UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NTIHEBUWAYO, | ) | CASE NO. 4:18cv582 |
| | ) | |
| Petitioner, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | DAVID A. RUIZ |
| ATTORNEY GENERAL, *et al.*, | ) | |
| | ) | |
| Respondent. | ) | ORDER |

A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed in this Court. The petition is before the undersigned United States magistrate judge for general pretrial supervision and/or the preparation of a report and recommendation. The Court, having examined the petition, cannot determine from its face that Petitioner is not entitled to relief. Therefore:

(1) Respondent shall file an Answer to the petition within thirty (30) days from the date of this Order and show cause why the petition should not be granted and the writ prayed for issued. Where the petition challenges detention pending a removal order, the Respondent should also file supporting evidence documenting efforts to obtain removal.[1]

(2) Petitioner shall have thirty (30) days from the date of the filing of the Answer to reply by filing a Traverse.

(3) Respondent shall have seven (7) days from the filing of the Traverse to respond by filing a Reply. Respondent should reply to the Traverse when the Traverse raises issues or arguments not addressed in the Answer. The Court shall consider Respondent's decision not to file a Reply as certification that all issues and arguments raised by Petitioner have

---

[1] To the extent the Respondent reasonably believes such documentation contains sensitive information, Respondent may seek leave to file said documents under seal.

been fully addressed.

(4)     If Petitioner is released or deported while this action remains pending, Respondent shall immediately file a notice with the Court.

Briefs filed by the parties shall contain a summary of the facts and evidence upon which they rely and shall make specific reference to those portions of the record (Page and Exhibit Number) in support. Briefs shall also contain statements of the applicable law, citations to relevant case and statutory authorities, and legal analysis of the claim in issue. Where applicable, the record should be filed in multiple volumes, rather than a single voluminous volume, and electronic portable document format (PDF) filings shall be bookmarked.

When a party has a change of address, the party must immediately inform the Court of the new address or risk the waiver of his/her right to present arguments and/or the dismissal of his/her case.

The Clerk is hereby instructed to forward of copy of the petition and this Order to Respondent, the Attorney General of the United States, and the Office of the United States Attorney, Northern District of Ohio.

**IT IS SO ORDERED.**

Dated: May 31, 2018                              s/*David A. Ruiz*
                                                 David A. Ruiz
                                                 United States Magistrate Judge

2