PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DESIRE NTIHEBUWAYO (#A097 070 572), | ) ) ) | CASE NO. 4:18CV0582 |
| Petitioner, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| ATTORNEY GENERAL, *et al.*, | ) ) | |
| Respondents. | ) ) | **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the Petition for a Writ of Habeas Corpus.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

  March 6, 2019                            */s/ Benita Y. Pearson*
Date                                        Benita Y. Pearson
                                              United States District Judge